1

2

3

4

5

6

**Entered on Docket**
**September 23, 2009**

*Bruce A. Markell*
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

7   PITE DUNCAN, LLP
    STEVEN W. PITE (NV Bar #008226)
8   EDDIE R. JIMENEZ (NV Bar #10376)
    JACQUE A. GRUBER (NV Bar #11385)
9   4375 Jutland Drive, Suite 200
    P.O. Box 17933
10  San Diego, CA 92177-0933
    Telephone: (858) 750-7600
11  Facsimile: (619) 590-1385
    E-mail:  ecfnvb@piteduncan.com
12
    ABRAMS & TANKO, LLLP
13  MICHELLE L. ABRAMS (NV Bar #005565)
    3085 S. Jones Blvd., Suite C
14  Las Vegas, NV 89146

15  Attorneys for   Secured Creditor WELLS FARGO BANK, NATIONAL ASSOCIATION AS
                    TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET
16                  MORTGAGE INVESTMENTS II INC. TRUST 2007-AR4, MORTGAGE
                    PASS-THROUGH CERTIFICATES, SERIES 2007-AR-4
17

18

19              UNITED STATES BANKRUPTCY COURT

20                    DISTRICT OF NEVADA

21

22  In re                                  Bankruptcy Case No. BK-S-09-20126-bam
                                            Chapter 7
23  IZET HABIBOVIC ,
                                            WELLS FARGO BANK, NATIONAL
24           Debtor(s).                     ASSOCIATION AS TRUSTEE FOR THE
                                            CERTIFICATEHOLDERS OF
25                                          STRUCTURED ASSET MORTGAGE
                                            INVESTMENTS II INC. TRUST 2007-
26                                          AR4, MORTGAGE PASS-THROUGH
                                            CERTIFICATES, SERIES 2007-AR-4'S
27                                          ORDER VACATING AUTOMATIC STAY
                                            Date:   September 15, 2009
28                                          Time:  1:30 P.M.

1            A hearing on Secured Creditor Wells Fargo Bank, National Association as

2 Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc. Trust 2007-

3 AR4, Mortgage Pass-Through Certificates, Series 2007-AR-4's Motion for Relief From the

4 Automatic Stay came on regularly for hearing in the United States Bankruptcy Court before

5 the Honorable Bruce A. Markell.

6            The court having duly considered the papers and pleadings on file herein and

7 being fully advised thereon and finding cause therefor:

8            IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic

9 Stay of Title 11 U.S.C. Section 362 is hereby terminated as it applies to the enforcement by

10 Secured Creditor, of all its rights in the subject property, generally described as 4955 S Jeffreys

11 St, Las Vegas, Nevada 89102, and legally described as follows:

12

13                       SEE LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT A AND MADE A PART HEREOF.

14

15 APPROVED/DISAPPROVED

16 _____

17 TIMOTHY S. CORY
TRUSTEE

18 /././

19 /././

20 /././

21 /././

22 /././

23 /././

24 /././

25 /././

26 /././

27 /././

28 /././

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐     The court has waived the requirement of approval under LR 9021.

☐     No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐     Approved. - Debtor(s)/Debtor(s)' Attorney/Trustee

☐     Disapproved. - Debtor(s)/Debtor(s)' Attorney/Trustee

☒     Failed to respond. - Trustee

###

Submitted by:

/s/ Jacque A. Gruber
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar 11385
Attorney for WELLS FARGO
BANK, NATIONAL ASSOCIATION
AS TRUSTEE FOR THE
CERTIFICATEHOLDERS OF
STRUCTURED ASSET MORTGAGE
INVESTMENTS II INC. TRUST
2007-AR4, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2007-AR-4